UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:21-cv-01592-FMO-MAA**                                             Date:  **May 20, 2022**

Title  **Daquan Eli Tribble v. County of San Bernardino et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

    On November 5, 2021, the Court screened and dismissed Plaintiff Daquan Eli Tribble's ("Plaintiff") Complaint with leave to amend ("Order").  (Order, ECF No. 14.).  The Court ordered Plaintiff to file a response to the Order, no later than December 6, 2021, electing to proceed with one of the following options:  (1) file a First Amended Complaint ("FAC"); (2) proceed with the Complaint; or (3) voluntary dismissal.  (*Id*. at 6–8.)

    On November 18, 2021, the Court received Plaintiff's "Addition to Claims (Supporting Facts)" ("Addition").  (Addition, ECF No. 17.)  Because Local Rule 15-2 requires that all amended pleadings be complete without reference to the prior complaint, on December 9, 2021, the Court struck the Addition and *sua sponte* extended Plaintiff's deadline to respond to the Order to January 10, 2022.  (ECF No. 18.)

    In the absence of a response, on February 8, 2022, the Court issued an Order ("OSC"), ordering Plaintiff to show cause by March 10, 2022 why the Court should not recommend that the case be dismissed for want of prosecution.  (OSC, ECF No. 21.)

    On February 28, 2022, Plaintiff filed a Notice to Clerk advising of Plaintiff's change of address, notifying the Court that Plaintiff has not received any legal mail since December 2021, and requesting copies of all such documents.  (ECF No. 23.)  In response, the Court directed the Clerk to send Plaintiff copies of ECF Nos. 18–21 and *sua sponte* extended Plaintiff's deadline to file a FAC to April 4, 2022.  (ECF No. 24.)

    On March 15, 2022, Plaintiff filed a Notice to Order to Show Cause, requesting an extension of time to file a FAC.  (ECF No. 25.)  On March 21, 2022, the Court discharged the OSC and extended Plaintiff's FAC deadline to April 20, 2022.  (ECF No. 26.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **5:21-cv-01592-FMO-MAA**                                              Date:  **May 20, 2022**

Title            **Daquan Eli Tribble v. County of San Bernardino et al.**

To date, Plaintiff has not filed a FAC or filed a Notice of Dismissal.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **June 20, 2022** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal